UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL POZAN,
an individual,

        Plaintiff,

v.

QUALITY METALCRAFT, INC.,
A Domestic Limited Liability
Company,

        Defendant.

Case No. 2:21-cv-11899

Honorable Victoria A. Roberts

## **STIPULATED ORDER REGARDING OUTSTANDING DEPOSITIONS**

This matter having come before the Court pursuant to the stipulated agreement of the parties; that the Court's Rule 16 Schedule Order (ECF No. 8) set a June 10, 2022 discovery completion deadline; that counsel for Plaintiff properly noticed five depositions on May 26, 2022, to occur prior to the discovery cutoff deadline; that the parties have agreed to engage in good faith settlement negotiations and wish to avoid the dedication of resources and costs associated with conducting such depositions; that the parties are also scheduled to appear for a settlement conference with the Court on June 23, 2022 and are prepared to do so if the case is not resolved prior to this time; the parties seeking to conduct the aforementioned depositions at a

later date(s) if the parties are unable to resolve this matter before or during the June 23, 2022 settlement conference; and good cause having been showed:

**IT IS HEREBY ORDERED** that Plaintiff will be permitted to conduct the five depositions originally noticed on May 26, 2022 after the June 10, 2022 discovery deadline if this matter is not resolved on or before June 23, 2022.

**IT IS FURTHER ORDERED** that if this case is not resolved on or before June 23, 2022, the Court will set remaining deadlines for this matter, including a deadline by which the five depositions originally noticed on May 26, 2022 must occur by.

s/ Victoria A. Roberts
UNITED STATES DISTRICT COURT JUDGE

Date: 6/12/2022

Approved as to form and substance:

| | |
|---|---|
| */s/ "with consent" Paul J. Dillon* | */s/ David M. Cessante* |
| DILLON & DILLON, P.L.C. | CLARK HILL PLC |
| Paul J. Dillon (P46913) | David M. Cessante (P58796) |
| 9429 S. Main Street | Brian D. Shekell (P75327) |
| Plymouth, Michigan 48170 | 500 Woodward Avenue, Suite 3500 |
| (734) 455-9000 | Detroit, Michigan 48226 |
| pjdillon@ddplc.net | (313) 965-8300 |
| Attorney for Plaintiff | dcessante@clarkhill.com |
| | bshekell@clarkhill.com |
| | Attorneys for Defendant |