UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL POZAN,
an individual,

    Plaintiff,

v.

QUALITY METALCRAFT, INC.,
A Domestic Limited Liability
Company,

    Defendant.

Case No. 2:21-cv-11899

Honorable Victoria A. Roberts

| DILLON & DILLON, P.L.C. | CLARK HILL PLC |
|---|---|
| Paul J. Dillon (P46913) | David M. Cessante (P58796) |
| 9429 S. Main Street | Brian D. Shekell (P75327) |
| Plymouth, Michigan 48170 | 500 Woodward Avenue, Suite 3500 |
| (734) 455-9000 | Detroit, Michigan 48226 |
| pjdillon@ddplc.net | (313) 965-8300 |
| Attorney for Plaintiff | dcessante@clarkhill.com |
| | bshekell@clarkhill.com |
| | Attorneys for Defendant |

## STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties stipulation that Plaintiff, Michael Pozan, joined all claims that he has had at any time up to the entry of this Order against Quality Metalcraft, Inc. and its predecessors, successors, parents, subsidiaries, affiliates, related entities, past and current officers, trustees, directors, board members, employees, agents, attorneys, insurance carriers and assigns; and

**STIPULATE** that the Complaint and all joined causes are dismissed with prejudice, with no costs or attorney fees awarded.

The Court retains jurisdiction for purposes of enforcing the settlement.

Date: 8/10/2022				s/ Victoria A. Roberts
						Honorable Victoria A. Roberts


**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ "with consent" Paul J. Dillon* | */s/ David M. Cessante* |
| Paul J. Dillon (P46913) | David M. Cessante (P58796) |
| **Dillon & Dillon, P.L.C.** | Brian D. Shekell (P75327) |
| 9429 S. Main Street | **Clark Hill PLC** |
| Plymouth, Michigan 48170 | 500 Woodward Avenue, Suite 3500 |
| (734) 455-9000 | Detroit, Michigan 48226 |
| pjdillon@ddplc.net | P: (313) 965-8300 |
| Attorney for Plaintiff | Attorneys for Defendant |